Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 2,239,126
Registered Apr. 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

### GATOR-GRIP

WORKTOOLS, INC. (CALIFORNIA CORPORATION)
20757 PLUMMER ST.
CHATSWORTH, CA 91311

FOR: HAND TOOLS, NAMELY, RATCHET WRENCHES, AND SOCKETS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

SN 75-007,728, FILED 10-19-1995.

MATT PAPPAS, EXAMINING ATTORNEY