# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-480-969**

**Effective Date of Registration:**
June 18, 2024
**Registration Decision Date:**
July 17, 2024

## Title

| | |
|---|---|
| Title of Work: | GTG-Video |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1998 |
| Date of 1st Publication: | April 15, 1998 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Snyder Manufacturing Inc dba Endeavor Tool Company |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Snyder Manufacturing Inc dba Endeavor Tool Company |
| | 252 Rochester Street, Salamanca, NY, 14779, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Snyder Manufacturing Inc dba Endeavor Tool Company |
| Address: | 252 Rochester Street |
| | Salamanca, NY 14779 United States |

## Certification

| | |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | June 18, 2024 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-410-690
**Effective Date of Registration:**
June 18, 2024
**Registration Decision Date:**
August 30, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: April 15, 1997 to August 15, 1997

## Title

| | |
|---|---|
| **Title of Group:** | Gator Grip 1997 |
| **Number of Photographs in Group:** | 5 |
| • **Individual Photographs:** | GTG-9, GTG-15, GTG-17 |
| **Published:** | April 1997 |
| • **Individual Photographs:** | GTG-19 |
| **Published:** | July 1997 |
| • **Individual Photographs:** | GTG-1 |
| **Published:** | August 1997 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Earliest Publication Date in Group:** | April 15, 1997 |
| **Latest Publication Date in Group:** | August 15, 1997 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Snyder Manufacturing Inc, dba Endeavor Tool Company |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

Page 1 of 2



t # 1-2 Filed: 07/2



ment #: 1-2 Filed: 07/28/25



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-691**
**Effective Date of Registration:**
June 18, 2024
**Registration Decision Date:**
August 30, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 15, 1998 to February 15, 1998

### Title

    **Title of Group:** Gator Grip 1998
**Number of Photographs in Group:** 3

- **Individual Photographs:** GTG-2,
    GTG-3
**Published:** January 1998

- **Individual Photographs:** GTG-4
**Published:** February 1998

### Completion/Publication

    **Year of Completion:** 1998
**Earliest Publication Date in Group:** January 15, 1998
**Latest Publication Date in Group:** February 15, 1998
**Nation of First Publication:** United States

### Author

- **Author:** Snyder Manufacturing Inc, dba Endeavor Tool Company
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

### Copyright Claimant

    **Copyright Claimant:** Snyder Manufacturing Inc, dba Endeavor Tool Company
252 Rochester Street, Salamanca, NY, 14779, United States



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-410-715**
**Effective Date of Registration:**
June 18, 2024
**Registration Decision Date:**
August 30, 2024

## Title
**Title of Work:** GTG-26

## Completion/Publication
**Year of Completion:** 1997
**Date of 1st Publication:** April 15, 1997
**Nation of 1st Publication:** United States

## Author
- **Author:** Snyder Manufacturing Inc, dba Endeavor Tool Company
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** Snyder Manufacturing Inc, dba Endeavor Tool Company
252 Rochester Street, Salamanca, NY, 14779, United States

## Rights and Permissions
**Organization Name:** Snyder Manufacturing Inc dba Endeavor Tool Company
**Address:** 252 Rochester Street
Salamanca, NY 14779 United States

## Certification
**Name:** Jessica Delos Santos
**Date:** June 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-410-716

**Effective Date of Registration:**
June 18, 2024

**Registration Decision Date:**
August 30, 2024

## Title

   **Title of Work:** GTG-27

## Completion/Publication

   **Year of Completion:** 1997
   **Date of 1st Publication:** April 15, 1997
   **Nation of 1st Publication:** United States

## Author

   - **Author:** Snyder Manufacturing Inc, dba Endeavor Tool Company
     **Author Created:** 2-D artwork
     **Work made for hire:** Yes
     **Citizen of:** United States

## Copyright Claimant

   **Copyright Claimant:** Snyder Manufacturing Inc, dba Endeavor Tool Company
   252 Rochester Street, Salamanca, NY, 14779, United States

## Rights and Permissions

   **Organization Name:** Snyder Manufacturing Inc dba Endeavor Tool Company
   **Address:** 252 Rochester Street
   Salamanca, NY 14779 United States

## Certification

   **Name:** Jessica Delos Santos
   **Date:** June 18, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-410-917**

**Effective Date of Registration:**
June 18, 2024

**Registration Decision Date:**
September 03, 2024

---

## Title

**Title of Work:** GTG-20

## Completion/Publication

**Year of Completion:** 1996
**Date of 1st Publication:** April 15, 1996
**Nation of 1st Publication:** United States

## Author

- **Author:** Snyder Manufacturing Inc dba Endeavor Tool Company
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Snyder Manufacturing Inc dba Endeavor Tool Company
252 Rochester Street, Salamanca, NY, 14779, United States

## Rights and Permissions

**Organization Name:** Snyder Manufacturing Inc dba Endeavor Tool Company
**Address:** 252 Rochester Street
Salamanca, NY 14779 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** June 18, 2024

Page 1 of 2

