

# United States District Court
# Northern District of Illinois

In the Matter of

Snyder Manufacturing, Inc            District Judge Mary M. Rowland

v.            Case No. 25-CV-8786

The Partnerships            Designated Magistrate Judge Keri L. Holleb Hotaling

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

_____

**Judge Joan Humphrey Lefkow**

Date: Tuesday, July 29, 2025

---

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated: Tuesday, July 29, 2025

District Reassignment - By Lot

........................................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot