**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Snyder Manufacturing, Inc. | ) | |
| | ) | Case No. 25-cv- 8786 |
| v. | ) | |
| | ) | Judge: Hon. Mary M Rowland |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY
RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED
DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff Snyder Manufacturing, Inc. seeks entry of an *ex parte* (1) Temporary

Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service

of Process by Email Order on an action arising out of 15 U.S.C. § 1114, Section 43(a) of the

Lanham Act, 15 U.S.C. § 1125(a), and the Illinois Uniform Deceptive Trade Practices Act, 815

ILCS § 510. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: August 4, 2025.                    Respectfully submitted,


By:    s/David Gulbransen/
          David Gulbransen
          Attorney of Record

          David Gulbransen (#6296646)
          Law Office of David Gulbransen
          805 Lake Street, Suite 172
          Oak Park, IL 60302
          (312) 361-0825 p.
          (312) 873-4377 f.
          david@gulbransenlaw.com