IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Snyder Manufacturing, Inc. ) | |
| ) | Case No. 25-cv- |
| v. ) | |
| ) | Judge: Hon. |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## **DECLARATION OF JIM SNYDER**

I, Jim Snyder, of Salamanca, New York, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Ex Parte Motion for Entry of Temporary Restraining Order (the "Ex Parte Motion for TRO") and, if called as a witness, I could and would competently testify as follows:

2. I am the President of the Plaintiff, Snyder Manufacturing, Inc. the manufacturer and distributor of Gator Grip products.

3. I started Snyder Manufacturing in 2000 and have been the President and Owner since the conception of the Gator Grip products.

4. Since starting Snyder Manufacturing in 2000, the Gator Grip brand products have grown considerably in market share. Gator Grip products are sold around the world via distributors, retail outlets, and online and have sold millions of units around the globe.

5. Each year, Snyder Manufacturing invests tens of thousands of dollars in advertising its unique products. The Gator Grip is a unique tool design and features prominent use of our Marks in the packaging and product. Over the life of the product, Snyder Manufacturing

1

has invested millions to market and promote Gator Grip brand products around the world.

6. Snyder Manufacturing is an internationally recognized manufacturer and distributor of the Gator Grip universal socket, which is marketed and sold under its licensed, federally registered GATOR GRIP trademark. The GATOR GRIP universal socket has become enormously popular, driven by our quality standards and its innovative design. The product is identifiable via the GATOR GRIP mark and the distinctive look of the product itself and the product packaging.

7. Since around 2000, Plaintiff has sold the GATOR GRIP product via authorized distributors and retailers on the world wide web, where it promotes and sells genuine GATOR GRIP products to consumers. Online sales of GATOR GRIP products via the web represent a significant portion of our business.

8. The GATOR GRIP mark is exclusive to the Snyder Manufacturing and is displayed extensively on Snyder Manufacturing GATOR GRIP products and in our marketing and promotional materials. GATOR GRIP products have been extensively promoted and advertised at great expense to the Snyder Manufacturing.

9. The GATOR GRIP trademark is distinctive when applied to GATOR GRIP products, signifying to the purchaser that the products come from Snyder Manufacturing and are manufactured to the Snyder Manufacturing's quality standards. Whether Snyder Manufacturing manufactures the products itself or licenses others to do so, it has ensured that products bearing its trademarks are manufactured to the highest quality standards. As such, the goodwill associated with the GATOR GRIP trademark is of incalculable and inestimable value.

10. Snyder Manufacturing has received extensive editorial coverage and unsolicited press in various magazines and other publications throughout the world. GATOR GRIP products have been featured in various newspapers and magazines. Handyman Magazine Endorsed the

2

Doc ID: 18f59103c87dad145f5af7667cc1c40fb3aae5de

Gator Grip in 2001 and made it a featured product. The Gator Grip was awarded the top TV brand, based on sales, in 2003 beating out the previous holder, the Ginsu Knife. In 1994 it won the Gold IDEA (International Design Excellence Award from the IDSA (International Designers Society of America).

11. The overwhelming success of the GATOR GRIP brand has resulted in significant counterfeiting by individuals and entities who unlawfully use the trademarks and goodwill built by Snyder Manufacturing and other manufacturers in this industry to sell cheap imitation counterfeits of GATOR GRIP products. Consequently, Snyder Manufacturing has an anticounterfeiting program and regularly investigates suspicious websites and online marketplace listings identified in proactive Internet sweeps and reported by consumers.

12. These investigations have established that Defendants are using the various webstores on platforms such as Amazon, Wish, eBay, etc. to sell Counterfeit Products from foreign countries such as China to consumers in the United States and the State of Illinois, including the Northern District of Illinois. I personally analyzed each of the Infringing Websites and determined that Counterfeit Products were being offered for sale to residents of the United States and the State of Illinois. I reached this conclusion through visual inspection of the products as they appeared on the Infringing Websites, the price at which the Counterfeit Products were offered for sale, other features commonly associated with websites selling counterfeit products, because Defendants offered shipping to Illinois, and because Defendants and the Infringing Websites do not conduct business with the Snyder Manufacturing and do not have the right or authority to use the GATOR GRIP mark for any reason.

13. It is estimated that the Defendants are responsible for as many as 9600 counterfeit GATOR GRIP brand products being sold, amounting to over $490,000 in lost revenue.

14. Each sale made by the Defendants through a webstore results in a direct loss to the

Doc ID: 18f59103c87dad145f5af7667cc1c40fb3aae5de

Snyder Manufacturing. As the illegal marketplace for GATOR GRIP products grows on the Internet, the legitimate marketplace for GATOR GRIP products shrinks. Monetary damages cannot adequately compensate the Snyder Manufacturing for ongoing infringement because monetary damages fail to address the loss of control and damage to the Snyder Manufacturing's reputation and goodwill. Furthermore, monetary damages are difficult, if not impossible, to ascertain due to the inability to calculate measurable damage in dollars and cents caused to our reputation and goodwill by acts of infringement.

15. Snyder Manufacturing's goodwill and reputation are irreparably damaged when the GATOR GRIP Trademark is used on goods not authorized, produced, or manufactured by the Snyder Manufacturing. Moreover, brand confidence is damaged, which can result in loss of future sales and market share. The extent of harm to our reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable.

16. Snyder Manufacturing is further irreparably harmed by the unauthorized use of the GATOR GRIP mark because counterfeiters take away our ability to control the nature and quality of Counterfeit Products. Loss of quality control over goods bearing the GATOR GRIP trademark and, in turn, loss of control over our reputation, is neither calculable nor precisely compensable.

17. The sale of Counterfeit Products is likely causing and will continue to cause consumer confusion that weakens the GATOR GRIP brand recognition and reputation. Consumers who mistakenly believe that the Counterfeit Products he or she has purchased originated from the Snyder Manufacturing will come to believe that Plaintiff offers low-quality products. Inferior quality products will result in increased skepticism and hesitance in consumers presented with genuine GATOR GRIP products, resulting in a loss or undermining of Plaintiff's reputation and goodwill. Indeed, there is damage to our reputation and goodwill even if a consumer knows that the goods he or she is purchasing are counterfeit. Prospective consumers

who see inferior Counterfeit Products used by others may mistakenly believe such goods to be genuine and may consequently develop a poor impression of GATOR GRIP products. Such post-sale confusion results in further damage to Snyder Manufacturing's reputation and correlates to a loss of unquantifiable future sales.

18. Snyder Manufacturing is further irreparably damaged due to a loss of exclusivity. Snyder Manufacturing's extensive marketing and innovative designs are aimed at growing and sustaining sales. The GATOR GRIP mark is distinctive and signifies to consumers that the products exclusively originate from the Snyder Manufacturing. When counterfeiters use the GATOR GRIP mark on goods without authorization, the exclusivity of the GATOR GRIP products, as well as Snyder Manufacturing's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

19. Snyder Manufacturing will suffer immediate and irreparable injury, loss, or damage if counterfeiters are allowed to continue to infringe upon the Snyder Manufacturing's registered Trademark.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2025

*James Snyder*

_____
Jim Snyder
*President and CEO*
*Snyder Manufacturing*

Doc ID: 18f59103c87dad145f5af7667cc1c40fb3aae5de