UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Snyder Manufacturing, Inc.

Plaintiff,

v.

Case No.: 1:25−cv−08786

Honorable Mary M. Rowland

Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for TRO is denied [10] without prejudice. The court limits Schedule A cases to 200 defendants. Further, the Court requires bond in the amount of $1,000 per defendant. Plaintiff is free to file a renewed motion for TRO and a revised proposed order. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.