# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Snyder Manufacturing, Inc. | Case No. 25-cv- 8786 |
| v. | Judge: Hon. Mary M Rowland |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS Hon. IDENTIFIED ON SCHEDULE "A" | Magistrate: Hon. Keri L. Holleb Hotaling |

## PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER

Plaintiff Snyder Manufacturing, Inc. seeks entry of a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF granted on August 25, 2025 [Docket #24].

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet platforms to identify and obtain contact information for the Doe Defendants but need more time to assemble the contact information and effect service. To date, five platforms have complied, but two have not.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, until October 6, 2025, at which time the Plaintiff shall present a motion for a Preliminary Injunction.

Dated: September 22, 2025                                        Respectfully submitted,

By:    <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com