# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Snyder Manufacturing, Inc. ) | |
| ) | Case No. 25-cv- 8786 |
| v. ) | |
| ) | Judge: Hon. Mary M Rowland |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

Plaintiff Snyder Manufacturing, Inc., seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on August 25, 2025. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: September 25, 2025         Respectfully submitted,


                                  By:   s/David Gulbransen/
                                        David Gulbransen
                                        Attorney of Record

                                        David Gulbransen (#6296646)
                                        Law Office of David Gulbransen
                                        805 Lake Street, Suite 172
                                        Oak Park, IL 60302
                                        (312) 361-0825 p.
                                        (312) 873-4377 f.
                                        david@gulbransenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 25, 2025, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice on September 25, 2025, via e-mail to the e-mail addresses of the Does in the Certificate of Services filed with the Court.

By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.
      david@gulbransenlaw.com