**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Snyder Manufacturing, Inc. ) | |
| ) | Case No. 25-cv- 8786 |
| v. ) | |
| ) | Judge: Hon. Mary M Rowland |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Snyder Manufacturing, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 38 | Wellinterest | A1YRHWN2K4VTWW |
| 39 | Ycelec~YangChuang | A1ZIND58MDYFER |
| 40 | SZT968 | A24HXB2RBVP536 |
| 50 | BOSOIRSOU | A2VF14SK4FRT13 |
| 63 | AKOAK | A3KWCXOHY40SSM |
| 71 | ZYF548 | AABAVSFH8O04E |
| 86 | Goodtechnical | AXJ3EA75K1FXM |
| 115 | toriko-yadio | torikoyadio |
| 151 | Elaxen Limited | 101645357 |
| 158 | yunzy | 102718914 |
| 159 | MeeJX | 102882842 |

Dated: September 29, 2025                    Respectfully submitted,

                                            By:     s/David Gulbransen/
                                            David Gulbransen
                                            Attorney of Record

                                            David Gulbransen (#6296646)

Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com