IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Snyder Manufacturing, Inc. )
)  Case No. 25-cv-8786
v. )
)  Judge: Hon. Mary M Rowland
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS )  Magistrate: Hon. Keri L. Holleb Hotaling
Hon. IDENTIFIED ON SCHEDULE "A" )
)

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Snyder Manufacturing, Inc., voluntarily dismiss any and all claims against defendants with prejudice:

| Doe | Store | Member ID |
|---|---|---|
| 77 | Road to Best | AN5J97ZKM2DRB |

Dated: October 30, 2025                             Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com