IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Snyder Manufacturing, Inc. | ) | |
| | ) | Case No. 25-cv- 8786 |
| v. | ) | |
| | ) | Judge: Hon. Mary M Rowland |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Keri L. Holleb Hotaling |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Snyder Manufacturing, Inc. ("Snyder Manufacturing") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Snyder Manufacturing having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Snyder Manufacturing having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because

Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Snyder Manufacturing has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Snyder Manufacturing's federally registered trademarks (the "Snyder Manufacturing Trademarks") to residents of Illinois. In this case, Snyder Manufacturing has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Snyder Manufacturing Trademarks. *See* Docket No. 9, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Snyder Manufacturing Trademarks (U.S. Reg. No. 2239126).

      This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504) of the Dream USA copyrights: PA 2-480-969, VA 2-410-690, VA 2-410-691, VA 2-410-715, VA 2-410-716, and VA 2-410-917.

      This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Snyder Manufacturing's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Snyder Manufacturing Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Snyder Manufacturing product or not authorized by Snyder Manufacturing to be sold in connection with the Snyder Manufacturing Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Snyder Manufacturing product or any other product produced by Snyder Manufacturing, that is not Snyder Manufacturing's or not produced under the authorization, control, or supervision of Snyder Manufacturing and approved by Snyder Manufacturing for sale under the Snyder Manufacturing Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Snyder Manufacturing, or are sponsored by, approved by, or otherwise connected with Snyder Manufacturing; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

        inventory not manufactured by or for Snyder Manufacturing, nor authorized by Snyder Manufacturing to be sold or offered for sale, and which bear any of Snyder Manufacturing's trademarks, including the Snyder Manufacturing Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), DHGate, JoyBuy, Walmart, Wish, and Shopify (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Snyder Manufacturing Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Snyder Manufacturing Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Snyder Manufacturing product or not authorized by Snyder Manufacturing to be sold in connection with the Snyder Manufacturing Trademarks.

3. Upon Snyder Manufacturing's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Snyder Manufacturing Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Snyder Manufacturing is awarded statutory damages from each of the Defaulting Defendants in the amount of $50,000 for willful use of counterfeit Snyder Manufacturing Trademarks and/or Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, and Shopify shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, and Shopify, are hereby released to Snyder

        Manufacturing as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Amazon, Stripe, Payoneer, eBay, DHGate, JoyBuy, Walmart, Wish, and Shopify are ordered to release to Snyder Manufacturing the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Snyder Manufacturing has recovered full payment of monies owed to it by any Defaulting Defendant, Snyder Manufacturing shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Snyder Manufacturing identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Snyder Manufacturing may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten-thousand dollar ($10,000) surety bond posted by Snyder Manufacturing is hereby released to Snyder Manufacturing or its counsel, Law Office of David Gulbransen. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Snyder Manufacturing or its counsel.

This is a Default Judgment.

Dated: January 8, 2026

*Mary M Rowland*
_____

Mary M. Rowland
United States District Judge

## Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Shenzhen Alisi Electronic Technology Co., Ltd. | alisi |
| 2 | Sichuan Best-Line Machinery Co., Ltd. | best-line |
| 3 | Fuzhou Cowin Industrial Co., Ltd. | fzcowin |
| 4 | Guangdong Yingjing Trading Co., Ltd. | gdyjsm |
| 5 | Shanxi Guangna Impex Co., Ltd. | gndtools |
| 6 | Changzhou Hantechn Imp. & Exp. Co., Ltd. | hantechn |
| 7 | Yuncheng Hengfengcheng Import Export Trading Co., Ltd | hengfengcheng |
| 8 | Hangzhou Haotu Trading Co., Ltd. | hzhaotu |
| 9 | Jinhua Jiuxin Industrial & Trading Inc. | jiuxintools |
| 10 | Yiwu Xiangli E-Commerce Co., Ltd. | lzxiangyue |
| 11 | Shanxi Nanxuelei Biological Technology Co., Ltd. | nanxuelei |
| 12 | Cangxian Sanxing Hose Clamp Co., Ltd. | sxhougu |
| 13 | Danyang Tongye Tools Co., Ltd. | tongyetools |
| 14 | Ningbo Tower Machinery Co., Ltd. | tower-industry |
| 15 | Guangzhou Yaxin Metal Products Co., Ltd. | yaxinwujin |
| 16 | Zhenjiang New District Best Tools Co., Ltd. | zjbstgj |
| 17 | GJ-Novel Store | 1101547606 |
| 18 | SMARLAN Store | 1101814749 |
| 19 | Do Better Tool House Store | 1102082099 |
| 20 | TAIMIMEI Tools Store | 1102892941 |
| 21 | Shop1102899378 Store | 1102903351 |
| 22 | HeSheng Tools Store | 1103219126 |
| 23 | zhouweiamzz | A12M18JK8TM7SQ |
| 24 | Milla | A16SRRJ6PYIX79 |
| 27 | Gia Kiet inc | A1GTXHL4KWNG8M |
| 28 | WengSiJun | A1JLX3186N0POV |
| 33 | sijiusimaoyi | A1R56EFR0XHFGC |
| 35 | bnowi | A1W713TD5UMWAA |
| 36 | DONGLIRONGSHANG | A1Y9DKCRM5JPHB |
| 41 | YINGJUHU SHOP NA | A25AFAGRFWEVVV |
| 43 | shangqiushisuiyangquqichangbaihuodian | A2E48S7Z8WO47O |
| 45 | Cadhone | A2G05LNO5ZH8XB |
| 47 | ÁÑ¶‰ΩúÈ∏øÂõæ ÂïÜË¥∏ÊúâÈôê ÂÖ¨ Âè∏ | A2OSEJN4V2S22H |
| 48 | Ayame | A2PYRCOQ5PGUQE |

| 49 | YUYUNSTORE | A2TX8RN2KBMMG7 |
|---|---|---|
| 51 | BESONDER | A2W90R6OXNOMJE |
| 53 | Haitao's shop | A2XLJCPHRBUGE8 |
| 54 | KAYLAN | A2ZDTF7WOMIMAE |
| 56 | Dewkou | A30SI1JGLV1ZZR |
| 58 | Yunjie688 | A340BQ9E4OT5GT |
| 59 | W.L Store | A37JWOQGDR60XK |
| 60 | lorry High quality shops | A38KD3REF30D0A |
| 61 | LHshangmao888 | A3BD1UFS3ZOY5Y |
| 64 | Rishima_Store | A3M42V6TSVNTG4 |
| 65 | Huuvo | A3QS5GYXLQA525 |
| 66 | Yuepushangmaodian | A3RX1CMPCCIS8I |
| 67 | rarun.p | A3UT42BV9AJJEB |
| 68 | MAS dropshipping Ltd | A3VYL8S2W8L5WM |
| 74 | ANYUFEIAMZ | AE4RX64U8LG0X |
| 75 | Meadow_Store | AJ260BD3UM6RU |
| 76 | hefeishinuoyuwangluokejigongzuoshi | AL55RJ19UUIBY |
| 78 | Bigzhang | ANC3M4ZP7OGBY |
| 81 | stradivariuss | ASH6KZXIFARTJ |
| 83 | LINGHAIHOME | ATQ1NN8WBK6ZP |
| 84 | Haishines | ATSFZ32NVY9HF |
| 85 | XZCHYKJ | AVPBA1Y6UI5H7 |
| 87 | anqinggaolashangmaoyouxiangongsi | AYV82NIK8RLMX |
| 89 | zhumadianjingjikaifaqumingyingshangmaodian | AZP7EA8OC42XM |
| 90 | 508home | 508home |
| 92 | abtools_usa | abtoolsusa |
| 93 | brightfai1999 | brightfai1999 |
| 94 | centriamarket | centriamarket |
| 95 | chioweonline | chioweonline |
| 96 | choiweohome | choiweohome |
| 97 | ertugrkok_0 | ertugrkok_0 |
| 98 | friden | friden |
| 99 | gemminihu_77 | gemminihu_77 |
| 100 | globalsuccessempire | globalsuccessempire |
| 101 | jerichst | jerichst |
| 102 | kleznrni21 | kleznrni21 |
| 103 | koluun2 | koluun2 |
| 104 | lextonanger2 | lextonanger2 |
| 106 | Manjokestore | manjokestore |

| 107 | melaned2 | melaned2 |
|---|---|---|
| 108 | VENSTPOW | ogryus |
| 109 | oscardeanstore | oscardeanstore |
| 110 | Pitwave23 | pitwave23 |
| 112 | R.A Store for everyone | rastoreforeveryone |
| 113 | tatoue2 | tatoue2 |
| 114 | tenacious-ls | tenacious-ls |
| 116 | tuesde | tuesde |
| 117 | tuzpo-0 | tuzpo-0 |
| 118 | ucmoon2 | ucmoon2 |
| 119 | urimala23 | urimala23 |
| 121 | AB Tools | m-12196 |
| 122 | Zhangzhoushi HonghaiDianzishangwu Youxiangongsi | m-13392 |
| 123 | Shenzhenshiyunjianmaoyiyouxiangongsi | m-14978 |
| 124 | Shenzhenyongboshengdianzikejiyouxiangongsi | m-17284 |
| 126 | YUHOThome | 2.50115E+12 |
| 127 | LUUUUU shop | 2.987E+12 |
| 128 | Outdoor Hobby | 4.94224E+12 |
| 129 | DreamTools | 6.34418E+14 |
| 131 | YKS U Home Mall | 6.34418E+14 |
| 133 | The Unwinding Groceries Shop | 6.34418E+14 |
| 134 | woyaobaofu | 6.34418E+14 |
| 135 | GZJHKJ CO.ltd | 101129996 |
| 136 | Fchunhe | 101186134 |
| 137 | Happyshoping Store | 101194441 |
| 139 | AB Tools Online | 101233146 |
| 140 | WlJYK | 101302103 |
| 141 | Ahe E-commerce Co., Ltd | 101351361 |
| 142 | Siqiy | 101541823 |
| 143 | Qiu yue Xuan Wen Co., Ltd. | 101573554 |
| 144 | Xuanyuebojiang Trading | 101575463 |
| 145 | Kitchen Fashion | 101616412 |
| 146 | hahawez | 101618208 |
| 148 | Fashionistae | 101626140 |
| 149 | HKNE | 101628399 |
| 150 | LSLW | 101636184 |
| 152 | jinanhaifengxuwangluokeji | 101672751 |
| 153 | Value Selections | 101677563 |
| 154 | jiaqinmaoyi | 101696779 |

| 155 | Foohvr | 102506684 |
| --- | --- | --- |
| 156 | haoqingjiudian | 102585211 |
| 157 | XINPERFER TRADING | 102645750 |
| 160 | BINGO FASHION | 544f9c139719cd150c9bdd35 |
| 161 | SKYMOON MALL | 56505ff987aaa612797182d7 |
| 162 | GIFTFORMMOM | 5794af78661e332e4dc49950 |
| 163 | no one can do | 57ea62e5e809da4e94943169 |
| 164 | Chasedreamtradeltd | 58b7935e3c18975a1880ff7c |
| 165 | YOYO TIME | 5927a9e971a2f24d034924c9 |
| 166 | unitronver | 5a09a19d7b584e1064e9b2da |
| 167 | yanpenghanshop | 5ad2cdd0b125ab5e3dceab8b |
| 168 | wang33xinyu99 | 5ad6a50f18d9215fa0521ef7 |
| 169 | Lightshiny | 5d5003721527545680ada5f3 |
| 170 | VDO ZD Ladies'Underwear Store | 5d578b9d1d8629572942ecf7 |
| 171 | Autospo | 5d6106ec07cc8d5329fc303a |
| 172 | Squirrel's Collection | 5d8d9f3c713780156674a01c |
| 173 | FGZFDHG | 5d930da57137800223e66241 |
| 174 | fgshdzgdf | 5d9451131baabb0b8074601d |
| 175 | uroemd15 | 5dc3b4fc3710b905c005bfa9 |
| 176 | DGJHFYXrete | 5dc3bd4bfd9d350f9e2c56a7 |
| 177 | HOUGFCTXOUIYC | 5dca575429e7862dae08d090 |
| 178 | zhouwixo | 5dcb785e997e900186626fdf |
| 179 | GIODUSGFOPHI | 5dcba311860f1900d15469a0 |
| 180 | liuxingxi | 5dcbc1465b208a0555b2b777 |
| 181 | Hongfei shop | 5dcfae5cdd0c381103a3f0aa |
| 182 | yingfudulangli | 5dcff518aa4d891dc7d4485f |
| 183 | fenhaiqiutin | 5dcff9cedd0c381e2fa3d18d |
| 184 | Smartliu Store | 5dd133a6aa4d894b77d448a9 |
| 185 | Canbye Yuansen kulato | 5dd14a2d8c06ed4f16fe74d7 |
| 186 | HHGUZIE JJ BOYS WEARING STORE | 5dd24fc429e78614bf0865b9 |
| 187 | HU DIE FEIFEI Cosmetics Shop | 5dd4eadd8c06ed6ee7003956 |
| 188 | tianshengfuqijiashen | 5dd63bc98c06ed73510005f5 |
| 189 | hangqiubuding | 5dd6484b8c06ed6ee702fe73 |
| 190 | caiyoufenqi | 5dd65674d87bf1373d3f72b2 |
| 191 | Taipeace Brush | 5dd671a0d87bf13b233f72d5 |
| 192 | Giogcool Spoon | 5dd682c8d87bf13da73f732a |
| 193 | Aunt Frog | 5decb3ef3c83373dc2307c37 |
| 194 | Mr.Hippo | 5e257905f4e101761cb4b739 |
| 195 | Zebra Choice | 5e619e4f76e4eb10f9eba579 |

| 196 | leiyixuan | 5f02e704de0228c7e07e0d2f |
| 197 | LUCIANDREA | 5fb0b9704e545284a44c9c20 |
| 200 | DongzhengCraft | 6454af292bcd1c3068c21fdb |